OF THE

## STATE OF ILLINOIS,

DELIVERED

## AT THE DECEMBER TERM 1845,

AT SPRINGFIELD.

---

NATHANIEL BUCKMASTER, who sues for the use of George W. Denham, plaintiff in error, *v.* MANNING BEAMES *et al.*, defendants in error.

*Error to Madison.*

In a suit brought by one for the use of another, the defendant filed his affidavit showing the insolvency of the person for whose use the suit was brought, and moved that he be required to give security for costs: *Held,* that as the nominal plaintiff was a citizen of the State, and liable for the costs, the motion should be denied.

IN this case the defendants in error filed an affidavit in the usual form, alleging the insolvency of Denham, the plaintiff in interest, and moved the Court that he be required to give security for costs.

*L. Trumbull,* for the plaintiff in error.

*J. Gillespie,* for the defendants in error.

The Opinion of the Court was delivered by

TREAT, J.   An action was instituted in the Circuit Court in the name of Buckmaster, to the use of Denham, against Beames.   Judgment was rendered for the defendant, and the plaintiff prosecuted a writ of error to this Court.

The defendant in error now presents an affidavit, showing the insolvency of Denham, and moves that he be required to give security for costs.

We refuse the application.   The nominal plaintiff is a citizen of the State, liable for the costs of the case, and, for aught that is shown, fully able to pay them.   If so, the defendant is sufficiently indemnified, and further security is unnecessary.

*Motion denied.*